JS-6

Kathleen C. Jeffries  (SBN 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Defendant
WHITE ARROW, LLC

FILED
CLERK, U.S. DISTRICT COURT

March 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PG ____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation, as
subrogee of Royal Wine Corporation,

                    Plaintiff,

     vs.

WHITE ARROW, LLC, a California
corporation; EAST COAST
TRANSPORT, LLC, a foreign
corporation; ECONOMY FREIGHT,
INC., a foreign corporation; DOES 1-
20, inclusive,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:14-cv-06484-SVW (FFMx)

(PROPOSED) ORDER ON STIPULATION
RE DISMISSAL

          Based upon the stipulation by and between the parties hereto,

plaintiff Hartford Fire Insurance Company, defendants White Arrow, LLC and

Economy Freight, Inc., and third-party defendant East Coast Transport, LLC,

through their respective counsel of record, and the facts that a settlement

agreement has been reached for full resolution of the above-referenced case

and that the terms of said agreement have been satisfied,

1

IT IS HEREBY ORDERED that the entire case, including the complaint and third-party complaint on file herein, is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: _____March 24_____, 2015

_____
Judge, United States District Court

4815-8665-8338, v. 1

2

ORDER ON STIPULATION RE DISMISSAL